HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
FRANCISCO DIAZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-0310 JAM |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS AND** |
| | ) **EXCLUDING TIME** |
| FRANCISCO DIAZ-PEREZ, | ) |
| Defendant. | ) Date: November 5, 2013 |
| | ) Time: 9:45 a.m. |
| | ) Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for November 5, 2013, may be continued to December 3, 2013, at 9:45 a.m.

Mr. Diaz-Perez was arraigned on the indictment in October. Defense counsel has explained the jury trial process to Mr. Diaz-Perez but has yet to have time to review discovery in detail, determine potential sentencing exposure, or determine what investigation is needed. Accordingly, in order to afford

-1-

defense counsel adequate time to prepare and to consult with Mr. Diaz-Perez, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Diaz-Perez and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from the date of this stipulation and order through December 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 1, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FRANCISCO DIAZ-PEREZ

BENJAMIN WAGNER
United States Attorney

Dated: November 1, 2013  /s/ T. Zindel for P. Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

**O R D E R**

The status conference is rescheduled for December 3, 2013, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 1, 2013  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge