HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
FRANCISCO DIAZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0310 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| vs. | |
| FRANCISCO DIAZ-PEREZ, | Date: December 3, 2013 |
| Defendant. | Time: 9:45 a.m. |
| | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Francisco Diaz-Perez, and plaintiff, United States of America, that the status conference scheduled for December 3, 2013, may be continued to January 21, 2014, at 9:45 a.m.

Mr. Diaz-Perez was arraigned on the indictment in October. Defense counsel has reviewed existing discovery with Mr. Diaz-Perez but additional discovery has been requested and defense investigation is planned. Accordingly, in order to afford the parties time to complete discovery and to afford defense counsel

1  adequate time to investigate, the parties agree that the
2  interests of justice to be served by a continuance outweigh the
3  best interests of Mr. Diaz-Perez and the public in a speedy
4  trial, and ask the Court to order time under the Speedy Trial
5  Act excluded from the date of this stipulation and order through
6  January 21, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
7  (b)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 22, 2013      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for FRANCISCO DIAZ-PEREZ


                              BENJAMIN WAGNER
                              United States Attorney

Dated: November 22, 2013      /s/ T. Zindel for P. Hemesath
                              PAUL HEMESATH
                              Assistant U.S. Attorney


**O R D E R**

The status conference is rescheduled for January 21, 2014, at 9:45 a.m. Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 25, 2013      /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge